# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00307-CV

**Steven Benedict and Rayma Bendict, Appellants**

**v.**

**Tonya Hill and Charles Edward Hill, Jr., Appellees**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 23-1108, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This cause was abated by opinion dated August 27, 2024. Appellants have filed a motion to extend the abatement to allow the parties to resolve their dispute. We grant the motion in part and extend the abatement of this appeal. We instruct appellants to file a motion to dismiss this appeal, a motion to continue the abatement, a status report, or other appropriate motion no later than February 25, 2025. The appeal will remain abated until further order of this Court.

It is so ordered December 31, 2024.

Before Justices Baker, Smith, and Theofanis

Abated

Filed: December 31, 2024